FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 APR 13 AM 8: 58

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

LINDA MCKNIGHT, as surviving )
spouse and Executrix of the )
Estate of Ernest McKnight, )
)
Plaintiff, ) CASE NO. CV415-311
)
v. )
)
UNITED STATES OF AMERICA, )
)
Defendant. )
)

## O R D E R

Before the Court is the parties' Consent Motion to Dismiss with Prejudice. (Doc. 9.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims in this case are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this _12th_ day of April 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA